UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In Re:

*Frederick J. Marotti*     *Kelly Eisenhauer-Marotti*
*(#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)*           *(#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)*
*57 Singworth Street*      *38 Tooker Avenue*
*Oyster Bay, NY 11771*     *Oyster Bay, NY 11771*

                          *Debtors.*
------------------------------------------------------------------x

*Case No.: 8-10-70500-dte*
*In Proceeding Under*
*Chapter 7*

NOTICE OF APPEARANCE

S I R (S): PLEASE TAKE NOTICE:

       **THAT**, the Creditor, **STATE BANK OF LONG ISLAND** appears in this Action and that the undersigned has been retained as attorney for the Creditor and demands that you serve all papers in this Action upon the undersigned at the address stated below.

*Dated:*     *East Islip, New York*
             *April 12, 2010*

       Yours, etc.,

       **PETER SEIDEMAN, ESQ.**
       *Attorney for Creditor*
       *State Bank of Long Island*
       *136 East Main Street*
       *East Islip, New York 11730*
       *(631) 224-4040*

TO:   UNITED STATES BANKRUPTCY COURT
       290 Federal Plaza, PO Box 9013
       P.O. Box 9013
       Central Islip, New York 11722 - 9013
       (631) 712-6200

       **VINCENT CUOCCI, ESQ.**       **ROBERT L. PRYOR**
       *Attorney for Debtors*         *Bankruptcy Trustee*
       *147 North Ocean Avenue*     *675 Old Country Road*
       *Patchogue, New York 11772*  *Westbury, New York*
       *(631) 758-7878*              *(516) 997-0999*

Case No.: 8-10-70500-dte				Year: 2010

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

*In Re:*

*Frederick J. Marotti*　　　*Kelly Eisenhauer-Marotti*
*(#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)*　　　　　*(#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)*
*57 Singworth Street*　　　*38 Tooker Avenue*
*Oyster Bay, NY 11771*　　*Oyster Bay, NY 11771*

　　　　　　　　　　　　　　　　*Debtors.*

### NOTICE OF APPEARANCE

*PETER SEIDEMAN, ESQ.*
*Attorney for Creditor*
*136 East Main Street*
*East Islip, New York 11730*
*(631) 224-4040*

*To:*

*Attorney (s) for:* _____

*Service of a copy of the within* _____ *is hereby admitted.*

*Dated:*　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Attorney (s) for*

　　　　　　　　　　　　*Yours, etc.,*

　　　　　　　　　　　　_____
　　　　　　　　　　　　*Signature Pursuant to 22NYCRR 130-1.1a*
　　　　　　　　　　　　*By: Peter Seideman, Esq.*
　　　　　　　　　　　　*Law Office of Peter Seideman*
　　　　　　　　　　　　*Attorney for Creditor*
　　　　　　　　　　　　*136 East Main Street*
　　　　　　　　　　　　*East Islip, New York 11730*
　　　　　　　　　　　　*(631) 224-4040*